FILED   COPY

2014 NOV 12 PM 1:38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2014 Grand Jury

| UNITED STATES OF AMERICA, | SACR14-00188 |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| MARK ALBERT RETTENMAIER, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about November 20, 2011, in Orange and San Bernardino Counties, within the Central District of California, defendant MARK ALBERT RETTENMAIER knowingly possessed a Seagate 1TB internal hard drive bearing serial number 9TE243V2, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and shipped and

//
//
//

transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about February 14, 2012, in Orange County, within the Central District of California, defendant MARK ALBERT RETTENMAIER knowingly possessed the following materials, each of which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and shipped and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography:

1. One Apple Mac Pro A1289 desktop computer bearing serial number YM136051EUE, containing a 1TB Western Digital internal hard drive bearing serial number WCATR8467149;

2. One Hewlett Packard portable media drive bearing serial number THU9182474, containing a 320GB Western Digital internal hard drive bearing serial number WXE309N01499;

//
//
//

3. One Iomega USB external hard drive bearing serial number FRAG131LL7, containing a 250GB Seagate internal hard drive bearing serial number 4ND325Q6; and

4. One 64GB iPhone 4S GSM, Model A1332, bearing serial number DNPGN1SLDTDR.

A TRUE BILL

_____
Foreperson

STEPHANIE YONEKURA
Acting United States Attorney

*[signature]*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JOSEPH T. MCNALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

MICHAEL ANTHONY BROWN
Assistant United States Attorney