UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARK RETTENMAIER,<br><br>  Defendant. | Case No.: SACR 14-00188-CJC<br><br>ORDER DENYING DEFENDANT'S MOTION TO COMPEL |

Defendant's motion to compel the Government to deliver a mirror image of all devices seized by the Government is DENIED. The Government has made, and will continue to make, the evidence reasonably available to Defendant. The FBI's Orange County Regional Computer Forensic Laboratory, which is where the devices are maintained, is a state-of-the-art computer forensic facility that is available and accessible

-1-

to Defendant's expert, so that she can review and analyze the evidence. The facility has reasonably up-to-date hardware and software that Defendant's expert can use or, if she would prefer, accommodations will be made so that she can bring her own hardware and software to the facility. Defendant's expert also will be given Internet access and be able to use her cell phone while she works at the facility. Defendant's expert also will be afforded adequate privacy to protect against disclosure of any attorney-client communication and work product. Finally, Defendant's expert will have access to the facility during working hours and, if reasonable notice is given, non-working hours.

The Court rejects Defendant's argument that the Constitution demands that his expert be provided a mirror image of the devices. Defendant has presented nothing to suggest that this case is unique or different from other child pornography cases. Nor has he or his expert identified any specific search or analysis that would be impossible to conduct at the FBI's facility. The Court fully understands Defendant and his expert's preference to review the evidence at the private facility of Defendant's expert in Arizona. Certainly, conducting the examination there would be more convenient and economical for the defense. But the preference of Defendant and his expert is insufficient to establish failure on the Government's part to make the evidence "reasonably available" within the meaning of the Adam Walsh Act.

DATED:    May 26, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE