DECLARATION OF TANAZ KORAMI

I, Tanaz Korami, declare as follows:

1. I am a Special Agent ("SA") with the FBI. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. I was part of the team that searched the home of Mark Albert Rettenmaier ("Rettenmaier") at 25462 Rodeo Circle, Laguna Hills, California on February 14, 2012.

3. When the search team first arrived, Rettenmaier was not at home. However, his wife, Diane Casanova, was at home and met members of the search team at the front door. I overheard portions of a conversation that occurred between Ms. Casanova and other members of the search team. While I do not remember what was said word for word, I do recall that Ms. Casanova stated in substance that Rettenmaier was in surgery that morning. One of the agents asked her in substance if it was possible to have Rettenmaier come to the house so we could speak with him. Ms. Casanova then made a phone call, presumably to Rettenmaier. I did not hear what Ms. Casanova said on the phone.

4. Before executing the search warrant, I had been informed that Rettenmaier was the registered owner of a number of firearms. Due to concern for officer safety, we decided to have a few agents wait outside to meet Rettenmaier when he returned. I was one of those agents. The only purpose for our going to the driveway was regarding our concern for the gun.

5. When Rettenmaier pulled up, he parked in the driveway of his home. He was asked if he had a weapon, and he said yes. One of

the agents found the gun and rendered it safe. Rettenmaier then went inside.

6. I did not look in Rettenmaier's vehicle that morning. I did not ask, order, or instruct him to bring anything inside the house. I did not see or hear any other agent ask or order him to bring anything inside the house.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Valencia, California, on January 4, 2016.

_____
TANAZ KORAMI