SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
MICHAEL ANTHONY BROWN (Cal. Bar No. 243848)
GREGORY S. SCALLY (Cal. Bar No. 268073)
Assistant United States Attorneys
Santa Ana Branch Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3708
    E-mail:   anthony.brown@usdoj.gov
             gregory.scally@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 14-00188-CJC |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| MARK ALBERT RETTENMAIER, | |
| Defendant. | |

    Upon the request of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby dismisses the indictment. The bond is exonerated.

    IT IS SO ORDERED.

_____        _____
DATE                      HONORABLE CORMAC J. CARNEY
                           UNITED STATES DISTRICT JUDGE