# JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 14-00188-CJC |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING INDICTMENT |
| MARK ALBERT RETTENMAIER, | |
| Defendant. | |

Upon the request of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby dismisses the indictment. The bond is exonerated.

IT IS SO ORDERED.

DATED: November 20, 2017        HONORABLE CORMAC J. CARNEY
                                UNITED STATES DISTRICT JUDGE