UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 27 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>MARK ALBERT RETTENMAIER,<br><br>    Defendant-Appellee. | No. 17-50224<br><br>D.C. No. 8:14-cr-00188-CJC<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 4) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7

DV/AppComm Direct Criminal